IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JONATHAN HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 06-4064-JLF |
| v. ) | |
| ) | |
| JOHN DOE and WILLIAMSON ) | |
| COUNTY SHERIFF'S ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Upon plaintiff's motion for voluntary dismissal, **IT IS ORDERED** that this action is dismissed with prejudice.

NORBERT G. JAWORSKI, CLERK OF COURT

May 3, 2006                             By:   s/Deborah Agans, *Deputy Clerk*

Approved: *s/ James L. Foreman*         EOD:5/3/06
                *Judge*